The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-063 RSM |
| Plaintiff | |
| | **ORDER EXTENDING** |
| | **PRE-TRIAL MOTION DEADLINE** |
| v. | |
| SALVADOR SANDERS and NICHOLAS PRUSINOWSKI, | |
| Defendants. | |

This matter comes before the Court on the motion of the Defendants Salvador Sanders and Nicholas Prusinowski to extend the pre-trial motions deadline from May 2 to May 9, 2024. Defendants have informed the Court that the parties need additional time to identify a realistic trial date and seek a continuance of the trial date of June 10, 2024, which is the original trial date set at the defendants' arraignment on April 11, 2024.

ORDER EXTENDING PRE-TRIAL MOTION
DEADLINE - 1
*United States v. Sanders, et al.* / No. CR24-063 RSM

Tim Rusk Attorneys, PLLC.
1105 Tacoma Ave, Tacoma WA, 98402
(855) 846-7875

| | |
|---|---|
| 1 | |
| 2 | The Court finds good cause for the Defendants' request and the pre-trial motions deadline for Salvador Sanders and Nicholas Prusinowski is therefore extended to May 9, 2024. |

DATED this 2nd day of May, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

ORDER EXTENDING PRE-TRIAL MOTION
DEADLINE - 2
*United States v. Sanders, et al.* / No. CR24-063 RSM

Tim Rusk Attorneys, PLLC.
1105 Tacoma Ave, Tacoma WA, 98402
(855) 846-7875