**Senior District Judge Ricardo S. Martinez**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>SALVADOR SANDERS and<br>NICHOLAS PRUSINOWSKI,<br><br>Defendants. | No. 24-CR-63-RSM<br><br>ORDER ON MOTION<br>TO CONTINUE TRIAL |

THE COURT'S having considered the unopposed joint defense motion for continuance of pretrial motions date and trial date, and the case records and files herein, the Court makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the interests of the defendant and

PROPOSED ORDER
TO CONTINUE TRIAL
*U.S.A. v. Sanders & Prusinowski, 24-cr-63-RSM*
Page 1 of 2

CARNEY GILLESPIE PLLP
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

the public in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(7)(B)(i).

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is set on JANUARY 22, 2025, and that the trial date is set on FEBRUARY 24, 2025.

IT IS FURTHER ORDERED THAT the time between June 10, 2024, and February 24, 2025, is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE on May 13, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

    s/Sean P. Gillespie

    s/Timothy Rusk
Attorneys for Salvador Sanders

PROPOSED ORDER
TO CONTINUE TRIAL
*U.S.A. v. Sanders & Prusinowski, 24-cr-63-RSM*
Page 2 of 2

