Senior U.S. District Judge Ricardo S. Martinez
U.S. Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR SANDERS,<br><br>Defendant. | No. 24-CR-063-RSM<br><br>ORDER GRANTING DEFENDANT SANDERS' UNOPPOSED MOTION FOR TEMPORARY LEAVE FROM HOME DETENTION |

THE COURT having considered Defendant Salvador Sanders' Unopposed Motion for Temporary Leave from Home Detention, and the case records and files, the Court GRANTS the motion.

Defendant Sanders' may temporarily leave home detention as requested on May 26, 2024, and on June 1, 2024.

DONE on May 24th, 2024.

PROPOSED ORDER GRANTING
UNOPPOSED MOTION FOR TEMPORARY
LEAVE
*U.S.A. v. SANDERS, 24-cr-63-RSM*
Page 1 of 2

CARNEY
GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

U.S. MAGISTRATE JUDGE MICHELLE L. PETERSON

Presented by:

s/Timothy Rusk
Attorneys for Salvador Sanders



PROPOSED ORDER GRANTING
UNOPPOSED MOTION FOR TEMPORARY
LEAVE
*U.S.A. v. SANDERS, 24-cr-63-RSM*
Page 2 of 2

CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com