Senior U.S. District Judge Ricardo S. Martinez
U.S. Magistrate Judge Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>V.<br><br>SALVADOR SANDERS,<br><br>　　　　　　　　　　Defendant. | No. 24-CR-063-RSM<br><br>ORDER GRANTING DEFENDANT SANDERS' UNOPPOSED MOTION TO MODIFY HIS APPEARANCE BOND TO ALLOW RELOCATION TO THE NORTHERN DISTRICT OF CALIFORNIA |

After considering the unopposed motion to modify Salvador Sanders' appearance bond and the facts articulated in that motion, the court finds that there is probable cause to modify the defendant's appearance bond.

As such, the motion is GRANTED, and the appearance bond shall be modified to reflect that defendant's city of residence shall be Salinas, CA, as of September 1, 2024. Accordingly, the travel provision of the "OTHER SPECIAL CONDITIONS" in the defendant's appearance bond is modified FROM:

- Travel is restricted to Western District of Washington as required for this case and to the Southern District of California, or as

ORDER GRANTING
UNOPPOSED MOTION
FOR BOND MODIFICATION
U.S.A. v. SANDERS, 24-cr-63-RSM
Page 1 of 2

CARNEY GILLESPIE PLLP
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

directed by Pretrial Services.

TO

- Travel is restricted to Western District of Washington as required for this case and to the Northern District of California, or as directed by Pretrial Services.

Additionally, Mr. Sanders shall report to the Pretrial Services officer on duty in the Northern District of California by calling 415-436-7501 on Tuesday, September 3, 2024, before 1:00pm, or as otherwise directed by the supervising officer.

All other provisions of the appearance bond shall remain.

DONE on August 14th, 2024.

_____
U.S. MAGISTRATE JUDGE MICHELLE L. PETERSON

Presented by:

s/Sean P. Gillespie
s/Timothy Rusk
Attorneys for Salvador Sanders

ORDER GRANTING
UNOPPOSED MOTION
FOR BOND MODIFICATION
*U.S.A. v. SANDERS, 24-cr-63-RSM*
Page 2 of 2

